### DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
#### FOURTH DISTRICT

**STEPPHONE FREEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-772

[December 10, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew Siegel, Judge; L.T. Case No. 11-000419 CF10B.

Stepphone Freeman, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ. concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***